IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01462-BNB

JOE W. JEAN-LOUIS,

    Plaintiff,

v.

U.S. ATTORNEY GENERAL, Wash., D.C.,
FEDERAL BUREAU OF PRISONS,
UNITED STATES PENITENTIARY, Florence, Colorado,
UNITED STATES MARSHALS, and
FEDERAL BUREAU OF INVESTIGATION, New York and Washington, D.C., Offices,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 6 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Joe W. Jean-Louis, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Jean-Louis initiated this action by filing *pro se* a document titled "Motion for Court Order." In an order filed on June 22, 2010, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Jean-Louis to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr. Jean-Louis to file a Prisoner Complaint on the proper form as required by the Court's local rules and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Jean-Louis was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Jean-Louis has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Shaffer's June 22 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Motion for Court Order" is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __5th__ day of __August__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01462-BNB

Joseph W. Jean-Louis
Reg. No. 23345-048
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/6/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk